IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

KENNETH W. JOHANSEN,

    Plaintiff,

  v.

HEALTH INSURANCE INNOVATIONS,

    Defendant.

Case No.

State Court Case No. 19CV001465

DEFENDANT HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC D/B/A HEALTH INSURANCE INNOVATIONS' NOTICE OF REMOVAL

Defendant Health Plan Intermediaries Holdings, LLC D/B/A Health Insurance Innovations ("HII") hereby files this notice of removal to remove this action from the Court of Common Pleas of Franklin County, Ohio to this Court, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. This is a civil action over which this Court has original jurisdiction, and the matter is properly removed to this Court for the reasons next stated.

    1.    On February 18, 2019, Plaintiff Kenneth W. Johansen ("Plaintiff") filed a complaint in the Court of Common Pleas of Franklin County, Ohio in the action captioned *Kenneth W. Johansen v. Health Insurance Innovations*, Case No. 19CV001465 (hereinafter, the "State Action").

    2.    The complaint was served on HII on February 25, 2019.  In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon HII in the State Action are attached hereto as "Exhibit 1."

    3.    The complaint names HII as the only defendant. (Compl. ¶ 3.)

4. Pursuant to 28 U.S.C. § 1331, this court has original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States."

5. In the State Action, Plaintiff asserts a claim for alleged violations of a federal statute, Telephone Consumer Protection Act, 47 U.S.C. § 227, and, therefore, this Court has original jurisdiction over this action.

6. Pursuant to 28 U.S.C. § 1367, the Court has supplemental jurisdiction over the remaining claims stated in the complaint.

7. Pursuant to 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty days after the receipt by the defendant of a copy of the initial pleading.

8. This Notice of Removal is filed within thirty days of the date that HII received a copy of the complaint.

9. A copy of this Notice of Removal will be sent to the Clerk of the Court of Common Pleas of Franklin County, Ohio.

10. Accordingly, this action is hereby removed to the United States District Court for the Southern District of Ohio, Eastern Division, pursuant to 28 U.S.C. § 1331.

Respectfully submitted,

/s/ Dan L. Cvetanovich
Dan L. Cvetanovich (0021980)
Trial Attorney for Defendant
Telephone No.: (614) 229-3291
E-Mail:  DCvetanovich@baileycav.com
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone: (614) 221-3155
Facsimile: (614) 221-0479

Of Counsel:

Jolene S. Griffith (0084940)
Telephone No.: (614) 229-3303
E-Mail:  JGriffith@baileycav.com
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone: (614) 221-3155
Facsimile: (614) 221-0479

Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone: (614) 221-3155
Facsimile: (614) 221-0479

Cory W. Eichhorn (*pro hac vice* motion
to be filed)
Florida Bar No. _____
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone:  (305) 789-7576
Email:  Cory.Eichhorn@hklaw.com

CERTIFICATE OF SERVICE

     I hereby certify that the foregoing Defendant Health Plan Intermediaries Holdings, LLC D/B/A Health Insurance Innovation Notice of Removal was filed with the Court via the Court's CM/ECF system and that it was served upon Plaintiff by sending a copy of it to Plaintiff's attorney, Bryan Anthony Reo, Reo Law LLC, P.O. Box 5100, Mentor, Ohio 44061, by first-class, United States mail, postage pre-paid, this 21st day of March 2019.

                                        /s/ Dan L. Cvetanovich
                                        Dan L. Cvetanovich (0021980)

#1664447