IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

KENNETH W. JOHANSEN,

    Plaintiff,

  v.

HEALTH INSURANCE INNOVATIONS,

    Defendant.

Case No. 2:19-cv-01067-MHW-KAJ

District Judge Watson

Magistrate Judge Jolson

STIPULATION OF EXTENSION OF TIME TO MOVE OR PLEAD

Pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of Ohio, Plaintiff Kenneth W. Johansen and Defendant Health Plan Intermediaries Holdings, LLC d/b/a Health Insurance Innovations ("HII") hereby agree and stipulate that Defendant HII shall have an additional twenty-one (21) days in which to move or plead in response to Plaintiff's complaint up to and including April 18, 2019. There have been no prior extensions of the time for HII to move or plead in response to Plaintiff's complaint.

So stipulated:

| | |
|---|---|
| /s/ Bryan Reo by Jolene S. Griffith <br> per auth. granted 3/28/19 <br> Bryan Anthony Reo (0097470) <br> Telephone No.: (216) 505-0811 <br> E-mail: Reo@ReoLaw.org <br> P.O. Box 5100 <br> Mentor, Ohio 44061 <br> Attorney for Plaintiff | /s/ Dan L. Cvetanovich by Jolene S. Griffith <br> Dan L. Cvetanovich (0021980) <br> Trial Attorney for Defendant <br> Telephone No.: (614) 229-3291 <br> E-Mail: DCvetanovich@baileycav.com <br> 10 West Broad Street, Suite 2100 <br> Columbus, Ohio 43215-3422 <br> Telephone No.: (614) 221-3155 <br> Facsimile No.: (614) 221-0479 |

Of Counsel:

Jolene S. Griffith (0084940)
Telephone No.: (614) 229-3303
E-Mail:  JGriffith@baileycav.com
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone No.: (614) 221-3155
Facsimile No.: (614) 221-0479

Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone No.: (614) 221-3155
Facsimile No.: (614) 221-0479

Cory W. Eichhorn (*pro hac vice* motion to be filed)
Florida Bar No. 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone No.:  (305) 789-7576
Email:  Cory.Eichhorn@hklaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Extension of Time to Move or Plead was served upon Plaintiff by sending a copy of it to Plaintiff's attorney, Bryan Anthony Reo, Reo Law LLC, P.O. Box 5100, Mentor, Ohio 44061, by first-class, United States mail, postage pre-paid, this 28th day of March 2019.

/s/ Dan L. Cvetanovich by Jolene S. Griffith
Dan L. Cvetanovich (0021980)

#1665761