IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, EASTERN DISTRICT

| | |
|---|---|
| KENNETH W. JOHANSEN, | : |
| Plaintiff, | : Case No. 2:19-cv-01067-MHW-KAJ |
| v. | : District Judge Watson |
| HEALTH INSURANCE INNOVATIONS, | : Magistrate Judge Jolson |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kenneth W. Johansen and Defendant Health Insurance Innovations, Inc., by and through their respective counsel, hereby stipulate that all of Plaintiff's claims in this action are dismissed with prejudice.  Each party is to bear its own costs.

Respectfully Submitted,

/s/ Bryan Anthony Reo by Jolene S. Griffith
Per authorization
Bryan Anthony Reo
Reo Law LLC
P.O. Box 5100
Mentor, Ohio 44061
Telephone:  (216) 505-0811
Email:  reo@reolaw.org

*Attorney for Plaintiff Kenneth W. Johansen*

/s/ Jolene S. Griffith
Jolene S. Griffith (0084940)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
Telephone: 614-221-3303
Email:  jgriffith@baileycav.com

Cory W. Eichhorn (admitted *pro hac vice*)
Florida Bar No. 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone:  (305) 789-7576
Email:  Cory.Eichhorn@hklaw.com
*Attorneys for Defendant Health Insurance Innovations, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal of All Claims with Prejudice was served via regular U.S. mail and via electronic mail on the following party this 15th day of June 2020:

Bryan Anthony Reo
Reo Law LLC
P.O. Box 5100
Mentor, Ohio 44061
Email:  reo@reolaw.org

*Attorney for Plaintiff Kenneth W. Johansen*

/s/ Jolene S. Griffith
Jolene S. Griffith (0084940)

#1807200